# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

    **Debtor:** JOHN A BORISH
    **Case Number:** 15-20508-CMB     **Chapter:** 13
    **Date / Time / Room:** THURSDAY, JULY 14, 2016 09:00 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
7/21/16 11:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

    #41 Amended Plan Dated 5-19-2016 - FC
    R / M #: 41 / 0

**Appearances:**

    Debtor: *Willis*
    Trustee: Winnecour / Bedford / Pail / Katz
    Creditor:

*Continue for calc based on Notice of payment change.*

**Proceedings:**

    Outcome:

1. \_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_ Debtor is to inform Court within \_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to *August 11, 2016* at *3:30 pm*.
8. \_\_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. \_\_\_\_ Contested Hearing: _____ at _____.
10. \_\_\_\_ Other: