# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | JOHN A BORISH |
| **Case Number:** | 15-20508-CMB     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 11, 2016 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/17/16 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#41 - Continued Confirmation of Plan Dated 5/19/2016 - FC
R / M #:  41 / 0

### Appearances:

Debtor: Willis
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

*LMP still pending. Awaiting final loan mod! approval.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  Oct 20  at  3:00 pm  . 246
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: