# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
10/25/16 10:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- Debtor: JOHN A BORISH
- Case Number: 15-20508-CMB     Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 20, 2016  03:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#41 - Continued Confirmation of Plan Dated 5/19/2016 - FC
R / M #: 41 / 0

**Appearances:**

Debtor: Willis
Trustee: Winnecour / Bedford / Pail / (Katz)
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/5/17 at 3:30 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Continued for Debtor to either (1) Conform plan to JPMorgan POC & Notice of payment changes or (2) obtain approval of loan mod that is referenced in plan. If debtor does neither, put on contested and ask that case be dismissed.

10/14/2016  8:31:14AM