10:00 AM

# PROCEEDING MEMO

**Date:** January 17, 2017

**In re:** John A Borish

Bankruptcy No. 15-20508-CMB
Chapter 13
Doc. #41

**Appearances:**

    **Movant(s):** ~~Winnecour/ Paik/ Bedford/~~ Katz

    **Respondent(s):** Lawrence W. Willis ; James Warnbrook, JP Morgan Chase.

    **Creditor(s):**

**Nature of Proceeding:** Contested Plan Hearing re: #41 Amended Plan dated 5/19/2016

**Additional Pleadings:** #54 Conciliation Conference Minutes

**Judge's Notes:**

**Outcome:** Continued to 3/22/17 @ 10:00am

_____ Motion is GRANTED _____ Order entered

_____ Motion is DENIED _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

_____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____ days
                     Respondent(s) brief due _____ days
                     Trustee's brief due _____ days

FILED
1/17/17 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 15-20508-CMB
John A Borish                                                       Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe                 Page 1 of 1                  Date Rcvd: Jan 17, 2017
                              Form ID: pdf900            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db             +John A Borish,    1725 1/2 Kensington St,    New Kensington, PA 15068-4071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor John A Borish help@urfreshstrt.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 7