IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.  15-20508-CMB |
|     John A Borish | : | |
| | : | Chapter 13 |
|         Debtors | : | |
| | : | Document No. 63 |
| John A Borish | : | |
| | : | Wednesday May 10, 2017 10:00 AM |
|         Movant | : | |
|         Movant(s) | : | |
|   vs. | : | |
| | : | |
| | : | |
| Chase | | |
| Ronda J. Winnecour, Esquire, Trustee | | |
|         Respondent | | |

NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING AUTHRORIZE LOAN MODIFICATION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than **Friday, April 28, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on **Wednesday May 10, 2017 10:00 AM.** before Judge Carlota M. Böhm in Court Room B, 54th floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA  15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service:  April 11, 2017

                                                                            Attorney for Movant/Applicant:
                                                                            /s/ Lawrence W Willis Esq
                                                                            Lawrence W Willis, Esquire
                                                                            PA I.D. # 85299
                                                                            Willis & Associates
                                                                            201 Penn Center Blvd
                                                                            Pittsburgh, PA 15235
                                                                            Tel: 412.825.5170
                                                                            Fax: 412.823.2375
                                                                            Email: lawrencew@urfreshstrt.com
                                                                            Attorney for Debtors