## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-20508-CMB |
| | : | |
| John A. Borish, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated April 13, 2017 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated April 18, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated April 14, 2017                  Executed by:   /s/ Lawrence W. Willis
                                                                   Lawrence W. Willis, Esquire
                                                                   Willis & Associates
                                                                   201 Penn Center Blvd
                                                                   Pittsburgh, PA 15235
                                                                   Tel: 412.825.5170
                                                                   Fax: 412.823.2375

MATRIX

John Borish
1725 ½ Kensington Street
New Kensington, PA 15068

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Capital One Auto Finance c/o Ascension Capit
P.O. Box 201347
Arlington, TX 76006-1347

Peoples TWP, LLC
Attn: Dawn Lindner
375 North Shore Drive, Suite 600
Pittsburgh, PA 15212-5866

Duquesne Light Company
c/o Peter J. Ashcroft,
Bernstein-Burkley, P.C.,
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

Hayt Hayt & Landau LLC
123 S Broad St Suite 1660
Philadelphia, PA 19109-1003

JPMorgan Chase Bank
PO Box 901076
Fort Worth, TX 76101-2076

JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

KML Law Group PC
Suite 5000
701 Market St
Philadelphia, PA 19106-1541

Midland Funding LLC
Suite 200
8875 AERO DR
San Diego, CA 92123-2255

PNC BANK, N/A
P O BOX 94982
CLEVELAND OHIO 44101-4982

Peoples TWP LLC
205 North Main Street
Butler, PA 16001-4904
Attn: Dawn Lindner