**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: John A. Borish, | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 15-20508-CMB |
| | : | |
| John A. Borish, | : | |
| | : | Related to Docket No. 65 |
| Movant | : | |
| | : | Hearing Date and Time: |
| vs. | : | May 10, 2017 at 10:00 am |
| | : | |
| Chase, | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION FOR APPROVAL TO AUTHORIZE LOAN MODIFICATION FILED AT DOCKET NO. 65**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Approval to Authorize Loan Modification filed on April 12, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 28, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: April 29, 2017                    By: /s/ Lawrence Willis Esquire
                                             Lawrence W Willis, Esquire
                                             PA I.D. # 85299
                                             Willis & Associates
                                             201 Penn Center Blvd
                                             Pittsburgh, PA 15235
                                             Tel: 412.825.5170
                                             Fax: 412.823.2375
                                             lawrencew@urfreshstrt.com
                                             Attorney for Debtors