## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: John A. Borish, | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 15-20508-CMB |
| | : | |
| John A. Borish, | : | |
| | : | Related to Docket No. 72 |
| Movant | : | |
| | : | Hearing Date and Time: |
| vs. | : | |
| | : | |
| Chase, | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated May 1,* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated May 2, 2017                    Executed by:   /s/ Lawrence W. Willis
                                                                        Lawrence W. Willis, Esquire
                                                                        Willis & Associates
                                                                        201 Penn Center Blvd
                                                                        Pittsburgh, PA 15235
                                                                        Tel: 412.825.5170
                                                                        Fax: 412.823.2375

MATRIX

John A Borish
1725 1/2 Kensington St
New Kensington, PA 15068

Ronda J. Winnecour
LMP@chapter13trusteewdpa.com Suite 3250
USX Tower
600 Grant Street
Pittsburgh, PA 15210

JPMorgan Chase Bank, National Association Chase
Records Center Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 7120

James C. Warmbrodt, Esq.
KML Law Group, P.C.
2591 Wexford-Bayne Road, Suite 201
Sewickley, PA 15143