## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20508-CMB |
|     John A Borish | : | |
| | : | Chapter 13 |
|         Debtors | : | |
| | : | Document No. 63 , 65 |
| John A Borish | : | |
| | : | Wednesday May 10, 2017 10:00 AM |
|         Movant | : | |
|         Movant(s) | : | **ENTERED BY DEFAULT** |
|    vs. | : | |
| | : | |
| | : | |
| Chase | | |
| Ronda J. Winnecour, Esquire, Trustee | | |
|         Respondent | | |

### DEFAULT ORDER

This ___1st___ day of _____May_____, 2017, upon default, no response objecting to the Motion to Authorize Loan Modification Agreement, having been timely filed by an interested party, and upon Movant's certification of service, and certificate of no objection, it is ORDERED that the above-captioned Motion to Authorize Loan Modification Agreement is sustained.

Movant shall, within 5 days hereof, serve a copy of the within Order on parties in interest and file a certificate of service.

BY THE COURT:

*Carlota M. Böhm*   **kmt**
Hon. Carlota M. Bohm
United States Bankruptcy Judge

FILED
5/1/17 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John A Borish  
    Debtor

Case No. 15-20508-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: kthe      Page 1 of 1      Date Rcvd: May 01, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2017.  
db           +John A Borish,    1725 1/2 Kensington St,    New Kensington, PA 15068-4071

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2017 at the address(es) listed below:  
       Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
       Lawrence W. Willis    on behalf of Debtor John A Borish help@urfreshstrt.com, urfreshstrt@gmail.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                TOTAL: 7