IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-20508CMB |
| John A. Borish | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Related to: Claim No 1 |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| Chapter 13 Standing Trustee, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank NA | ) | |
| | ) | |
| Respondent(s). | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 97 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Lawrence W Willis, Esq.
Willis and Associates
201 Penn Center Blvd, Ste. 310
Pittsburgh, PA  15235

PNC Bank National Association
ATTN: Kelly Yuzwa
P O Box 94982
Cleveland, OH  44101

William S. Demchak, CEO
PNC Bank, N.A.
249 5th Avenue, Ste. 30
Pittsburgh, PA  15222

1/24/2020                          /s/Roberta Saunier

Date                               Administrative Assistant
                                   Office of the Chapter 13 Trustee
                                   US Steel Tower – Suite 3250
                                   600 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com