IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 15-20508-CMB |
| John A. Borish ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc # 100-101 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| John A. Borish ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **March 25, 2020 at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **March 16, 2020.**

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
| 2-24-20 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 15-20508-CMB
John A Borish                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr              Page 1 of 2            Date Rcvd: Feb 25, 2020
                                Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db              +John A Borish,    1725 1/2 Kensington St,   New Kensington, PA 15068-4071
cr              +Peoples TWP, LLC,    Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13997166       #+Hayt Hayt & Landau LLC,    123 S Broad St Suite 1660,   Philadelphia, PA 19109-1003
14070824       +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
                 Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13997168       +KML Law Group PC,   Suite 5000,   701 Market St,   Philadelphia, PA 19106-1541
13999689       +PNC BANK, N/A,    P O BOX 94982,   CLEVELAND OHIO 44101-4982
14017193       +Peoples TWP LLC,   205 North Main Street,   Butler, PA 16001-4904,   Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 26 2020 03:23:40
                 Capital One Auto Finance c/o Ascension Capital Gro,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma, OK 73118-7901
14029129       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 26 2020 03:22:09
                 Capital One Auto Finance c/o AIS Portfolio,   Services, LP f/k/a AIS Data Services,
                 d/b/a/ Ascension Capital Group,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14067789       +E-mail/Text: kburkley@bernsteinlaw.com Feb 26 2020 03:07:56    Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13997167        E-mail/Text: bk.notifications@jpmchase.com Feb 26 2020 03:07:21    JPMorgan Chase Bank,
                 PO Box 901076,   Fort Worth, TX 76101-2076
13997169       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 26 2020 03:07:33    Midland Funding LLC,   Suite 200,
                 8875 AERO DR,   San Diego, CA 92123-2255
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Lawrence W. Willis    on behalf of Debtor John A Borish ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Feb 25, 2020
                              Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                          TOTAL: 8