**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-20508-CMB |
| | : | |
| John A. Borish, | : | Chapter 13 |
| | : | |
| Debtors | : | |
| | : | |
| John A. Borish, | : | Related to Document No. 105 |
| | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |

**ORDER REINSTATING CASE**

**AND NOW** on this ___23rd___ day of ___March___, 2020, upon consideration of the *Consent Motion to Reconsider Dismissal of Case*, filed by the Debtor, and upon good cause shown, it is hereby ordered and directed:

1. The Order dismissing this case is VACATED.

2. The Debtor will resume long term continuing debts beginning April of 2020.

3. The Debtor states that the funds were sent on March 17, 2020 to complete this case. If the funds are not received within 15 days from the date of this Order, this case will be dismissed WITH prejudice.

FILED
3/23/20 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* dmk

_____
Carlota M. Bohm,
*Chief United States Bankruptcy Judge*

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20508-CMB
John A Borish                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: dpas              Page 1 of 2              Date Rcvd: Mar 23, 2020
                               Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
db          +John A Borish,   1725 1/2 Kensington St,   New Kensington, PA 15068-4071
cr          +Peoples TWP, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
13997166    #+Hayt Hayt & Landau LLC,   123 S Broad St Suite 1660,   Philadelphia, PA 19109-1003
14070824    +JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
              Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13997168    +KML Law Group PC,   Suite 5000,   701 Market St,   Philadelphia, PA 19106-1541
13999689    +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
14017193    +Peoples TWP LLC,   205 North Main Street,   Butler, PA 16001-4904,   Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2020 02:52:23
              Capital One Auto Finance c/o Ascension Capital Gro,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma, OK 73118-7901
14029129     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2020 02:52:23
              Capital One Auto Finance c/o AIS Portfolio,   Services, LP f/k/a AIS Data Services,
              d/b/a/ Ascension Capital Group,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14067789     +E-mail/Text: kburkley@bernsteinlaw.com Mar 24 2020 02:45:15     Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
13997167     +E-mail/Text: bk.notifications@jpmchase.com Mar 24 2020 02:44:42     JPMorgan Chase Bank,
              PO Box 901076,   Fort Worth, TX 76101-2076
13997169     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 24 2020 02:44:52     Midland Funding LLC,   Suite 200,
              8875 AERO DR,   San Diego, CA 92123-2255
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Lawrence W. Willis    on behalf of Debtor John A Borish ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

```
District/off: 0315-2           User: dpas              Page 2 of 2          Date Rcvd: Mar 23, 2020
                               Form ID: pdf900         Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 8