**IN THE UNITED STATES BANKRUPTCY COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case Number  15-20508-CMB |
| | : | |
| John A. Borish, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| John A. Borish, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| Ronda J. Winnecour, | : | |
| Ch. 13 Trustee | : | |
| Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 27, 2020 at docket number 113, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 27, 2020     By:     /s/ Lawrence Willis
                                         Lawrence W Willis, Esquire
                                         PA I.D. # 85299
                                         Willis & Associates
                                         201 Penn Center Blvd
                                         Pittsburgh, PA 15235
                                         Tel: 412.235.1721
                                         Fax: 412.542.1704
                                         Email: lawrencew@urfreshstrt.com
                                         Attorney for Debtors

**PAWB Local Form 24 (07/13)**