**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**John A Borish**
  Debtor(s)

Bankruptcy Case No.: 15−20508−CMB

Chapter: 13
Docket No.: 115 − 112

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 27th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/13/20.**

                                    Carlota M. Bohm
                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20508-CMB
John A Borish                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: May 27, 2020
                              Form ID: 408            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
db           +John A Borish,   1725 1/2 Kensington St,   New Kensington, PA 15068-4071
cr           +Peoples TWP, LLC,   Attn: Dawn Lindner,   375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
13997166    #+Hayt Hayt & Landau LLC,   123 S Broad St Suite 1660,   Philadelphia, PA 19109-1003
13997168     +KML Law Group PC,   Suite 5000,   701 Market St,   Philadelphia, PA 19106-1541
13999689     +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
14017193     +Peoples TWP LLC,   205 North Main Street,   Butler, PA 16001-4904,   Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 28 2020 04:37:08
              Capital One Auto Finance c/o Ascension Capital Gro,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma, OK 73118-7901
14029129     +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 28 2020 04:36:08
              Capital One Auto Finance c/o AIS Portfolio,   Services, LP f/k/a AIS Data Services,
              d/b/a/ Ascension Capital Group,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14067789     +E-mail/Text: kburkley@bernsteinlaw.com May 28 2020 04:33:53    Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
14070824      E-mail/PDF: ais.chase.ebn@americaninfosource.com May 28 2020 04:37:00
              JPMorgan Chase Bank, National Association,   Chase Records Center,   Attn: Correspondence Mail,
              Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203
13997167     +E-mail/Text: bk.notifications@jpmchase.com May 28 2020 04:32:43    JPMorgan Chase Bank,
              PO Box 901076,   Fort Worth, TX 76101-2076
13997169     +E-mail/Text: bankruptcydpt@mcmcg.com May 28 2020 04:33:12    Midland Funding LLC,   Suite 200,
              8875 AERO DR,   San Diego, CA 92123-2255
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Lawrence W. Willis    on behalf of Debtor John A Borish ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Leslie J. Rase, Esq.    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

```
District/off: 0315-2          User: gamr                Page 2 of 2              Date Rcvd: May 27, 2020
                              Form ID: 408              Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples TWP, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                      TOTAL: 9